# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-089-810**

Effective date of registration:

February 20, 2012

## Title
- **Title of Work:** Alexander Stross 65,323 Photographs 9/18/2011 - 1/24/2012

## Completion/Publication
- **Year of Completion:** 2011

## Author
- **Author:** Alexander Bayonne Stross
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Alexander Bayonne Stross
  616 Oakland Ave, Austin, TX, 78703

## Rights and Permissions
- **Organization Name:** Stross Arts
- **Name:** Alexander Bayonne Stross
- **Email:** abstross@gmail.com
- **Telephone:** 512-586-1648
- **Address:** PO Box 300459
  Austin, TX 78703 United States

## Certification
- **Name:** Alexander Bayonne Stross
- **Date:** January 25, 2012

**Registration #:** VAU001089810
**Service Request #:** 1-715599274

Alexander Bayonne Stross
616 Oakland Ave
Austin, TX 78703



0000VAU0010898100101